**UNITED STATES DISTRICT COURT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| RAFAEL JORGE,<br><br>    Plaintiff,<br><br>v.<br><br>Adler & Associate's Entertainment Inc,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br><br>NO. 3:25-cv-30140-MGM |

Hi Leah Belaire,

Mark Belasco, partner of Adler & Associates Entertainment Inc., has dared to commit Fraud against the Supreme Court of the United States in Case NO. 3:22-cv-30075-KAR, Case Appeal to Supreme Court of the United States, Case Number 25-6531, and with United States District Court with the Case NO. 325-cv-30140-MGM by signing the Domestic Return Receipt on two occasions, when the person who has to sign them is Marie Adler, the defendant. And he managed to confuse me for three days, when in document 10 I took one Domestic Return Receipts to the United States District Court – in the morning and the other in the afternoon on 10/30/2026, but in document 11 I informed this court about it. On the envelope has the name Marie Adler and those documents inside say they are for Marie Adler and Case NO. 3:22-cv-30075-KAR, Case Appeal to Supreme Court of the United States, Case Number 25-6531, and not to Case NO. 325-cv-30140-MGM. It is clear that those documents were not for Mark Belasco. So why did he sign the

Domestic Return Receipts on two occasions? I think to confuse me, because if it were not to confuse me, why hasn't he signed the Domestic Return Receipt that the Sheriff went three times to Adler & Associates Entertainment, Inc.;? Which pertains Case No. 325-cv-30140-MGM. Mark Belasco managed to confuse me because I took the Domestic Return Receipt to the United States District Court, but a few days later I realized, I got confused with the Domestic Return Receipt that Randolph S. Mendesohn, Esq. sent me. but in document 11 I informed the court about it.

But thank God that the Supreme Court of the United States on October 30 returned to me the documents that I had sent them on October 9 and 12, 2025, with the photos that I took after they put them inside the envelopes in the mail, and they put the Domestic Return Receipt. The numbers of the Domestic Return Receipt that I sent to Marie Adler on October 9, 2025, and Mark Belasco signed, are: 9589 0710 5270 1202 7620 07, and the numbers of the other Domestic Return Receipt that I also sent to Marie Adler on October 12, 2025, and that Mark Belasco also signed, are: 9589 0710 5270 3282 8781 35. I am going to send to United States District Court the same documents that the Supreme Court of the United States returned to me to prove that I did try to serve Marie Adler, but Mark Belasco signed to try to deceive me. I am also going to send you a photo of an envelope that I sent to Marie Adler on December 15, 2025, to notify her of Case NO. 3:22-cv-30075-KAR, Case Appeal to Supreme Court of the United States, Case Number 25-6531, and it seems that after opening it, she closed it and returned it to me. I believe she most likely opened it, because she returned it to me a little damaged.

In conclusion: Marie Adler and Mark Belasco have demonstrated that they do not respect federal Copyright laws and Rule 4, and also because they have avoided being served, because they is sure the Plaintiff Rafael Jorge is going to prove to Adler & Associates Entertainment, Inc., that

they committed Fraud and breach of contract with the movie En Medio del Dolor (Heart of Pain).

On 2/26/2026 Mark Belasco sent me an email telling me that Adler & Associates Entertainment, Inc. disputes my assertions regarding "fraud," so let them be served and prove it in the United States District Court. Also, current communications continue to cloud the picture and impair exploitation. This shows that the movie (Heart of Pain) has made them a lot of money, because it will be ten years since I signed the contract, unlike the account statements they have sent me, which say that in some countries you billed one cent, in another five cents, in others one dollar, and in other countries no less than five dollars. and they want me to stay silent, because they believe that my effort and work of thirty years have been for their benefit, and the inheritance of their descendants.

Everything that Plaintiff Rafael Jorge sends to Marie Adler and to Adler & Associates Entertainment, Inc., is from the Courts and from the contract. And if I am not right, let them prove it in the courts.

2. Proof of Filing / Proof of Service{ And the Plaintiff has already presented the proof of service, because Mark Belasco thinks that I am going to present the Domestic Return Receipt that was for Marie Adler, and that he signed to confuse me, and I would lie to the Court if he said that I sent those documents to Adler & Associates Entertainment, Inc., because the proof is that I also sent them to the Supreme Court. The Supreme Court has proof that the Plaintiff Rafael Jorge sent the documents for service to Marie Adler, that she did not want to sign any of them and sent another document back to the Plaintiff, it is not the Plaintiff's fault.

**3. Counsel Name Issue (Baseless)**

**Making a mistake once or twice with a letter in your lawyer's name at least four times is not normal, and if it is not, let them go to the bank with a check to see if they will change it, or let someone try to enter this country, to see if they will let them in.**

Anyone from other states who solicits business from a company or a resident of Massachusetts in Massachusetts and who violates the contract, or who commits misdeed, or accident, who thinks they are going to get away with it, is mistaken, because they made contact with the state of Massachusetts. So do not return to Massachusetts to deceive and to violate federal and state laws. If not, ask the Federal government, or to the State Prosecutor.

Mark Belasco and Adler & Associates Entertainment, Inc. say that the Plaintiff Rafael Jorge is asking for a large sum of money, but they have never given a cent to Plaintiff Rafael Jorge nor have they offered who the true owner of the movie is and the only one who invested. And they have been benefiting alone for almost ten years, and they still tell me to let it continue to the picture and exploitation, and that their descendants inherit it from the Plaintiff. Wow... I prayed to God in the name of Jesus and the Holy Spirit told me, Adler & Associates Entertainment, Inc. have never intended to give you a cent, because they have benefited greatly from your movie, because they prefer to give the money to someone else and not to you. That is why when they ask you for an intermediary to talk to them, do not accept, because they will bribe him.

Thank you.

Rafael Jorge.

**RAFAEL JORGE <rafaeljorge584@comcast.net>**                3/20/2026 12:30 PM

To RAFAEL JORGE <rafaeljorge584@comcast.net>

Exhibit

Greetings to all the Clerk,

I am sending you this evidence that I sent you the same documents that I sent to the Supreme Court on Friday, October 10th, because on Thursday, October 9th, I sent the documents to Marie Adler and her attorney Randolf S. Mendelsohn to be served. But later I learned that I cannot send more than forty pages, on Thursday, October 9th, the documents that I sent to Marie Adler and her attorney Randolf S. Mendelsohn were ten pages of document 74, then I thought that I was not going to be able to send enough pages to the court from the many emails that the defendant had sent me while we were negotiating the movie (Heart of Pain). So I took five pages from document 74, and added five from the emails that the defendant had sent me. But they are the same documents that I sent to the Supreme Court on Friday, October 10th.

Thank you.

Rafael Jorge

SUPREME COURT, U.S.
OFFICE OF THE CLERK

OCT 16 2025

RECEIVED





# UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Marie Adler
P.O. Box 3461
Danville, CA 94526
Phone 424-330-9119

9590 9402 9679 5199 3638 56

2. Article Number (Transfer from service label)
9589 0710 5270 2815 2582 22

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)    C. D

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Mail
- ☐ Mail Restricted Delivery (over $500)

- ☐ Priority Mail
- ☐ Registered
- ☐ Registered Delivery
- ☐ Signature C
- ☐ Signature C Restricted D

Domestic Retur

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Danville CA 94526                              1020 05

Certified Mail Fee  $5.30

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)        $ $0.00
- ☐ Return Receipt (electronic)      $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required         $ $0.00
- ☐ Adult Signature Restricted Delivery  $

Postmark Here

Postage  $11.90

Total Postage and Fees  $21.60                12/15/2025

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# INSURED

EP14F October 2023



VISIT US AT USPS.COM®

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Marie Adler

P.O. Box 3461

Danville, CA 94526

Phone: 424-230-9119

9590 9402 8801 4005 2961 97

2. Article Number (Transfer from service label)

9589 0710 5270 1202 7620 07

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   Mark Bekjco

C. Date of Delivery   12/27/25

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 8801 4005 2961 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Rafael Jorge
1145 Libert X Street
Springfield, MA 01104

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Marie Adler

P.O. Box 3461

Danville, CA 94526

Phone: 424-230-9119

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 8801 4005 2961 97

2. Article Number *(Transfer from service label)*

9589 0710 5270 1202 7620 07

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery

Mark Bekico  10/27/2

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ _____ Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Danville, CA 94526

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| $ | $4.40 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)  $ _____ $0.00
- ☐ Return Receipt (electronic)  $ _____ $0.00
- ☐ Certified Mail Restricted Delivery  $ _____ $0.00
- ☐ Adult Signature Required  $ _____ $0.00
- ☐ Adult Signature Restricted Delivery $ _____

Postage  $12.10
$

Total Postage and Fees  $21.80
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

CHICOPEE MA
Postmark Here
01013-9998
09/19/2025
STATION
1020
44

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions



SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Marie Adler

P.O. BOX 3461
DAnville CA
hone : 424-230-9119

9590 9402 8801 4005 2959 30

2. Article Number *(Transfer from service label)*

9589 0710 5270 3282 8781 35

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☐ Agent
                      ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
MArk BeksCu                        10/27/21

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...tail
☐ ...tail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricte Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

10/12

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Danville, CA 94526

| Certified Mail Fee | $5.30 | | 1040 |
| --- | --- | --- | --- |
| $ | | | 77 |

Extra Services & Fees *(check box add fee as appropriate)*
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $

Postmark Here

OCT 12 2025

Postage   $ 2.10

Total Postage and Fees
$ 21.80
$

USPS 01041

Sent To
_____
Street and Apt. No., or PO Box No.

3/20/26, 12:53 PM
Xfinity Connect Re_ Heart of Pain (En Medio del Dolor) _ Demand to Cease Interference; Provide Proof of Filing_Service; Dispute...

Case 3:25-cv-30140-MGM    Document 26    Filed 03/20/26    Page 14 of 15

**Belasco / Adler & Assoc <mark-belasco@adlersproductions.com>**       2/26/2026 2:28 PM

# Re: Heart of Pain (En Medio del Dolor) | Demand to Cease Interference; Provide Proof of Filing/Service; Dispute Must Proceed Contractually

To RAFAEL JORGE <rafaeljorge584@comcast.net> • randy-mendelsohn adlersproductions.com <randy-mendelsohn@adlersproductions.com>

_____

Rafael,

We acknowledge receipt of your February 20, 2026 message.

AAE disputes your assertions regarding "fraud," "no jurisdiction," and your characterization of the parties' contractual relationship. Nothing in your correspondence terminates AAE's contractual authority or changes the governing dispute-resolution requirements. AAE is not waiving any rights, defenses, or remedies.

Your prior Massachusetts filing demanded **$5,000,000,** and your current communications continue to cloud the Picture and impair exploitation. Even where you are not submitting takedown notices today, collateral filings, threats of publicity, and repeated non-contractual "service" narratives create marketplace confusion, disrupt active business efforts, and have placed the Picture in a holding pattern. That does not benefit the Picture or your claimed damages position. It increases measurable harm, and AAE will hold you responsible for it.

Accordingly, AAE demands the following:

1. **CEASE AND DESIST (Immediate Standstill)**
   Effective immediately, you must cease:
   (a) contacting or soliciting any buyer, distributor, platform, aggregator, press outlet, festival, vendor, or other third party with claims or implications that AAE lacks authority or is acting "unauthorized";
   (b) sending, copying, or "serving" materials to AAE personnel (including Ms. Adler) outside of proper counsel communications except as strictly required by the contractually required process; and
   (c) any threats to publicize, "expose," or otherwise apply reputational pressure in connection with this dispute.

2. **Proof of Filing / Proof of Service**
   If you contend you have filed anything in any court (including any petition you describe as a "Supreme Court" matter) or that AAE has been properly served in any matter, provide within **five (5) business days:**
   (a) the filed-stamped petition/notice and the relevant docket entries;
   (b) the method/date of service and the filed proof of service relied upon; and
   (c) the exact relief you claim you are seeking as to AAE.
   If you cannot provide filed proof, stop representing to anyone that there is a pending matter affecting AAE or that AAE has been properly served.

3/20/26, 12:53 PM
Xfinity Connect Re_ Heart of Pain (En Medio del Dolor) _ Demand to Cease Interference; Provide Proof of Filing_Service; Dispute…

Case 3:25-cv-30140-MGM    Document 26    Filed 03/20/26    Page 15 of 15

### 3. Counsel Name Issue (Baseless)

Your insinuation that minor spelling variations constitute "fraud" is baseless. Counsel for AAE is **Randolph Mendelsohn, Esq.** Typographical variations in informal correspondence do not change identity, authority, or representation.

### 4. Contractual Forum / No Collateral Tactics (IFTA Arbitration Clause)

Your Agreement contains a broad, mandatory arbitration clause (Section 18). Any controversy or claim arising out of or in relation to the Agreement — including its validity, construction, performance, or alleged breach — must be resolved by final, binding arbitration under the IFTA Rules. Each party waives litigation in any other court or forum except for interim relief as permitted by the IFTA Rules.

AAE will not litigate this dispute through collateral filings, public pressure, or non-contractual tactics. If you believe you have a claim, you must pursue it only in the contractually required forum.

### 5. Settlement Posture (Clarified)

AAE has already extended a Settlement & Release offering return of rights on standard terms (including confidentiality and non-disparagement) without requiring reimbursement. You rejected that off-ramp and instead demanded a large payment.

If you want to discuss settlement now, provide a **written, good-faith proposal** grounded in the Agreement, specifying the relief you seek and the basis for it. Otherwise, AAE will proceed only through the contractually required process and will treat continued interference as actionable conduct that increases damages.

**Deadline**

Please confirm in writing by **5:00 p.m. Pacific Time on the next business day** that you will comply with the standstill in Item (1). Your proof of filing/service under Item (2) is due within **five (5) business days**. If you do not comply, AAE will take steps to protect its contractual rights and business relationships and will pursue all available remedies, without further notice. All rights are expressly reserved.

Mark Belasco
Executive Vice President
Adler & Associates Entertainment, Inc.

cc: Randolph Mendelsohn, Esq.

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this email message is PRIVILEGED AND/OR CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance on the information contained in and transmitted with this email message by or to anyone other than the recipient designated above is unauthorized and strictly prohibited. If you are not the named recipient of this email message or have otherwise received this e-mail message in error, please delete the message immediately and notify the sender immediately via return email at info@adlersproductions.com or via telephone at +1 310-684-3545. Unauthorized interception or use of this email or the information contained therein may be a violation of the law.

**From:** RAFAEL JORGE <rafaeljorge584@comcast.net>
**Sent:** Tuesday, February 24, 2026 5:31 PM
**To:** randy-mendelsohn adlersproductions.com <randy-mendelsohn@adlersproductions.com>; Belasco / Adler & Assoc <mark-belasco@adlersproductions.com>
**Subject:** Heart of Pain (aka En Medio del Dolor) | Notice re Interference / Reservation of Rights