# UNITED STATES DISTRICT COURT OF MASSACHUSETTS

3.27.26

_____

RAFAEL JORGE,

      Plaintiff,

v.

Adler & Associate's Entertainment Inc,

      Defendant.

_____

                              CIVIL ACTION

                              NO. 3:25-cv-30140-MGM

Hi,

I am writing to the court to follow up on my request for the Memorandum of Reasons in Support of Plaintiff's Motion to Deem Service Effectuated, Plaintiff's Motion to Deem Service Effectuated, and Sworn Affidavit submitted on February 5, 2026, in Case Name Jorge v. Adler & Associates Entertainment, Inc., Case Number: 3:25-cv-30140-MGM. In accordance with Court Documents No. 22, 23, and 24 — dated February 5 and 6, 2026, and delivered by the Plaintiff on February 5, 2026.

Thank you,

Rafael Jorge