United States District Court

District of Massachusetts

JUL 31 PM1:54

7/31/2026

| | | |
|---|---|---|
| RAFAEL JORGE,<br>Plaintiff,<br><br>v.<br><br>ADLER & ASSOCIATE'S ENTERTAINMENT INC,<br>Defendant. | ) | Case Number: 3:25-cv-30140-MGM |

*NOTICE OF CLARIFICATION REGARDING THE NOTICE OF APPEAL* To the Honorable Court and the Clerk of the Court: The Plaintiff, Rafael Jorge, acting Pro Se, respectfully files this Notice of Clarification to correct a clerical error in the docketing entry of his Notice of Appeal filed on July 29, 2026. The Clerk's office entered the Notice of Appeal on the docket as being directed to "[35] Order on Motion for Miscellaneous Relief, Order on Motion for Recusal." Plaintiff hereby clarifies that his Notice of Appeal was filed to appeal the Court's Final Order closing and dismissing the case, which is Document [36] (Order Dismissing Case entered on June 30, 2026), as well as his subsequent Motion for Reconsideration. Plaintiff is NOT appealing the denial of the Motion for Recusal. Plaintiff respectfully requests the Clerk of the Court to correct or amend the docket entry for the Notice of Appeal to reflect that it challenges the Order Dismissing the Case [Docket No. 36], ensuring the official record is transmitted correctly to the First Circuit Court of Appeals. Respectfully submitted, Dated: July 31, 2026

Thank you.

Rafael Jorge, Plaintiff, Pro Se.

Rafael Jorge