CERTIFICATE OF SERVICE

*(Massachusetts Rules of Civil Procedure - Rule 5)*

I, **Damaris Mateo**, hereby certify under the pains and penalties of perjury that I am over the age of 18 and not a party to this action.

On this day, **August 4, 2026**, I served a true copy of the following documents:

1. **Notice of Appeal**
2. **Motion for Recusal**
3. **Motion for Reconsideration**

Upon the Defendant (or Defendant's attorney of record) by depositing the same in the United States Mail, postage prepaid, addressed as follows:

**Defendant's Name / Attorney Name:** Randolf S. Mendelsohn, Esq.

**Address:** Mendelsohn Law Office, 8730 Wilshire Blvd. Ste. 350

**City, State, Zip:** Beverly Hills, CA 90211

Dated: August 4, 2026

Damaris Mateo

Damaris Mateo

33 Huron Street

Springfield, MA 01104